Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>M.I.S.S. SPORTSWEAR, INC.; et al.,<br><br>Defendants. | Case No.:  CV11-2303 CBM (FMOx)<br><u>Honorable Consuelo B. Marshall Presiding</u><br><br>**ORDER ON REQUEST FOR DISMISSAL OF DEFENDANTS BLUEBERRY BOULEVARD, LLC AND VF OUTLET, INC. PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

Upon Review of the parties' Stipulation and Request for Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(2), and finding good cause to approve the agreement contained therein, IT IS HEREBY ORDERED THAT:

1. This action shall be and hereby is dismissed as to Blueberry Boulevard, LLC. and VF Outlet, Inc. <u>with</u> prejudice;

- 1 -

[PROPOSED] ORDER ON REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

2. The parties are to each bear its own costs and attorneys' fees as incurred against one another in connection with this action.

<u>SO ORDERED</u>.

Date: December 14, 2011    By: _____
                                CONSEULO B. MARSHALL
                                U.S. DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER ON REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)